United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 11, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

No. 06-60011

---

ALFONSO ACOSTA-GRIMALDO,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

---

**Petition for Review of an Order of the
Board of Immigration Appeals**

---

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Supreme Court vacated the judgment in this case and remanded it to this court to reconsider in the light of *Lopez v. Gonzales*, 127 S. Ct. 625 (2006). As urged by the parties, and in accordance with our decision in *United States v. Estrada-Mendoza*, 475 F.3d 258 (5th Cir. 2007), we **REMAND** to the Board of Immigration Appeals for further proceedings consistent with *Lopez* and *Estrada-Mendoza*.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.